**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**KENNETH WILLIAMS,**

**Petitioner,**

**v.** **Case No. 3:26-cv-4257-TKW-ZCB**

**STATE OF FLORIDA,**

**Respondent.**
________________________________/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7) and Petitioner's objection (Doc. 10). Upon de novo review of the issues raised in the objection, the Court agrees with the magistrate judge's determination that Petitioner's §2254 habeas petition is an unauthorized successive petition.

The Court did not overlook Petitioner's request in the objection for an "order authorizing Successive filing." That request must be directed to the Eleventh Circuit, not this Court, because 28 U.S.C. §2244(b)(3)(A) requires the applicant for a successive writ of habeas corpus to "move in the appropriate court of appeals for an order authorizing the district court to consider the [successive] application."

Accordingly, it is ORDERED that:

1. The Report and Recommendation is adopted and incorporated by reference into this Order.

2. Petitioner's §2254 habeas petition (Doc. 4) is DISMISSED without prejudice because it is a successive petition filed without the permission of the Eleventh Circuit.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 4th day of September, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**